# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., | CASE NO. 08cv1985 WQH (RBB) |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL FRIEDMAN, et al., | |
| Defendants. | |

HAYES, Judge:

The Motion to Substitute Attorney (Doc. # 26) is **GRANTED.** Henry Harmeling IV, State Bar Number 207673, 402 W. Broadway, Suite 1760, San Diego, CA 92101, Telephone: (619) 814-3505, is substituted as legal representation for Plaintiff Fractional Villas, Inc., in the place of Robert Berkowitz, Coast Law Group.

DATED: May 4, 2009

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge